# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Mariette Lynn Leonard

Debtor(s)

CHAPTER 13
Bankruptcy No.

18–00019

## NOTICE OF ORDER DISMISSING PETITION IN BANKRUPTCY

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS GIVEN that an Order was entered on April 23, 2018, dismissing the Petition of Mariette Lynn Leonard .

JEAN L. HEKEL
Clerk, Bankruptcy Court
by:

Date: April 23, 2018

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE #15
Cedar Rapids, IA 52401–2101